# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:07-cr-464-T-24TBM |
| OSMANYS MORGADO PEREZ | USM Number: 08288-033 |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **Two, Three, Four and Five** of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2. | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision. | October 5, 2009 |
| 3. | Failure to follow the instructions of the probation officer in a violation of Condition Three of the Standard Conditions of Supervision. | October 3, 2009 |
| 4. | Failure to follow the instructions of the probation officer in a violation of Condition Three of the Standard Conditions of Supervision. | October 6, 2009 |
| 5. | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision. | September 25, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The Court finds that the evidence does not show that the defendant violated charge number One and is discharged as to such violation charge.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 4, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

December 4, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *EIGHT (8) Months, no term of supervision to follow.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:
   Defendant to serve term of imprisonment at a facility in the Western District of Kentucky.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL